**Robert C. JIMENEZ, Plaintiff–Appellant,**

v.

**Dr. ROWE; et al., Defendants–Appellees.**

**No. 11–17037.**

United States Court of Appeals, Ninth Circuit.

Submitted July 17, 2012.*

Filed July 26, 2012.

Robert C. Jimenez, Crescent City, CA, pro se.

Jennifer J. Nygaard, Esquire, AGCA–Office of the California Attorney General, San Francisco, CA, for Defendants–Appellees.

Before: SCHROEDER, THOMAS, and SILVERMAN, Circuit Judges.

## MEMORANDUM **

California state prisoner Robert C. Jimenez appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Toguchi v. Chung,* 391 F.3d 1051, 1056 (9th Cir.2004), and we affirm.

The district court properly granted summary judgment because Jimenez failed to raise a genuine dispute of material fact as to whether defendants were deliberately indifferent in determining whether to continue his Hepatitis C treatment. *See id.* at 1058 (prison officials act with deliberate indifference only if they know of and disregard an excessive risk to inmate health, and a difference of opinion concerning the appropriate course of treatment does not amount to deliberate indifference); *Rodri-*

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*guez v. Maricopa Cnty. Cmty. Coll. Dist.,* 605 F.3d 703, 711 (9th Cir.2010) (defendant is entitled to qualified immunity if there is no constitutional violation).

We do not consider issues raised for the first time on appeal. *See Padgett v. Wright,* 587 F.3d 983, 985 n. 2 (9th Cir. 2009) (per curiam).

**AFFIRMED.**